## United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Avadamma LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **See Attachment** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **26-4424775; 26-4424800; 26-4424810; 26-4424829** | Last four digits of Soc. Sec.or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **1213 Butterfield Road  Downers Grove, IL**    ZIP CODE **60515** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **Real estate located in Downers Grove, Illinois, Villa Park, Illinois, and Chicago, Illinois** | ZIP CODE |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*  ☒ Corporation (includes LLC and LLP)  ☐ Partnership  ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____ | ☐ Health Care Business  ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)  ☐ Railroad  ☐ Stockbroker  ☐ Commodity Broker  ☐ Clearing Bank  ☒ Other | ☐ Chapter 7  ☐ Chapter 9  ☒ Chapter 11  ☐ Chapter 12  ☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity** (Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts.

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.  ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.  ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:  ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).  Check if:  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).  Check all applicable boxes:  ☐ A plan is being filed with this petition.  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.  ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors (Consolidated with affiliates)**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets (Consolidated with affiliates)**

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities (Consolidated with affiliates)**

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

B 1 (Official Form 1) (4/10)                                                                                                                  Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Avadamma LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:            **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B 1 (Official Form 1) (4/10)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Avadamma LLC** |

| Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
  (Printed Name of Foreign Representative)

_____
  Date

**Signature of Attorney\***

X *[signature]*
  Signature of Attorney for Debtor(s)

  *Jeffrey M. Schlerf*

  Printed Name of Attorney for Debtor(s)
  **Fox Rothschild LLP**
  Firm Name
  **Citizens Bank Center, Suite 1600**
  **919 North Market Street**
  **Wilmington, Delaware 19801**
  Address
  **302.654.7444**
  Telephone Number
  **August 14, 2011**
  Date

\*   In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  **Arun Veluchamy**
  Printed Name of Authorized Individual
  **Member**
  Title of Authorized Individual
  **August 14, 2011**
  Date

_____
Address

X _____

_____
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both   11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1 (Official Form 1) (4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Avadamma LLC |

<table>
<tr><td colspan="2" align="center">Signatures</td></tr>
</table>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

---

**Signature of Attorney\***

_____
Signature of Attorney for Debtor(s)
**Jeffrey M. Schlerf**
Printed Name of Attorney for Debtor(s)
**Fox Rothschild LLP**
Firm Name
**Citizens Bank Center, Suite 1600**
**919 North Market Street**
**Wilmington, Delaware 19801**
Address
**302.654.7444**
Telephone Number
**August 14, 2011**
Date

\*  In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Arun Veluchamy**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**August 14, 2011**
Date

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1 (Official Form 1) (4/10)

In re _____Avadamma LLC_____,    Case No. _____

Debtor

## FORM 1. VOLUNTARY PETITION

### <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

1.    DBA    **Avadamma LLC University Plaza**
2.    DBA    **Avadamma LLC Meadowbrook Plaza**
3.    DBA    **Avadamma LLC 500 N. LaSalle**
4.    DBA    **Avadamma LLC North Park Mall**

B 1 (Official Form 1) (4/10)

In re _____ Avadamma LLC _____ ,   Case No. _____

Debtor

## FORM 1. VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed by any Spouse, Partner, or Affiliate of this Debtor:

On the date hereof, each of the affiliated entities listed below, including the Debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title of the United States Code in the United States Bankruptcy Court for the District of Delaware.

| Name of Debtor | Case No. / Relationship |
|---|---|
| Qualteq, Inc., d/b/a VCT New Jersey, Inc. | Affiliate |
| 1400 Centre Circle, LLC | Affiliate |
| 5200 Thatcher, LLC | Affiliate |
| 5300 Katrine, LLC | Affiliate |
| Automated Presort, Inc. | Affiliate |
| Creative Automation Company | Affiliate |
| Creative Investments, a General Partnership | Affiliate |
| Fulfillment Xcellence, Inc. | Affiliate |
| Global Card Services, Inc. | Affiliate |
| Unique Data Services, Inc. | Affiliate |
| Unique Embossing Services, Inc. | Affiliate |
| Unique Mailing Services, Inc. | Affiliate |
| University Subscription Service, Inc. | Affiliate |
| Versatile Card Technology, Inc. | Affiliate |
| Veluchamy LLC | Affiliate |
| Vmark, Inc. | Affiliate |

## RESOLUTIONS
## OF
## THE MEMBERS
## OF
## AVADAMMA LLC
## (an Illinois LLC)

### Effective as of August 14, 2011

The undersigned, being all of the members (the *"Members"*) of Avadama LLC, an Illinois limited liability company (the *"Company"*), hereby consent in writing to the following resolutions:

WHEREAS, the Members considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties to file a petition (the *"Petition"*) seeking relief under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*) in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officers (as defined herein) upon the advice of counsel (the *"Bankruptcy Court"*);

RESOLVED FURTHER, that the Petition is adopted in all respects. Parameswari Veluchamy, Arun Veluchamy, Anu Veluchamy, and Dan Scouler (collectively, the *"Authorized Officers"*) are hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officers consider it appropriate. Any and all officers of the Company previously appointed or named, other than the Authorized Officers, are hereby removed and from this date forward the Authorized Officers shall be the only persons permitted to act on behalf of the Company;

RESOLVED FURTHER, the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officers may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

B 1 (Official Form 1) (4/10)

RESOLVED FURTHER, that the law firm of K&L Gates LLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Company, and upon advice of counsel, to employ local bankruptcy counsel for the Company in the Company's chapter 11 case, if necessary;

RESOLVED FURTHER, that the firm of Scouler & Company shall be, and hereby is, employed as restructuring advisor for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers shall be, and each of them hereby is, authorized, directed, and empowered on behalf of and in the name of the Company, and upon advice of counsel, to employ a notice, claims, and balloting agent for the Company in the Company's chapter 11 case, if necessary;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by such Authorized Officers;

RESOLVED FURTHER, that the Authorized Officers, and any employees or agents (including counsel) designated by or directed by such Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

B I (Official Form 1) (4/10)

## General Authorization

RESOLVED FURTHER, that the Authorized Officers of the Company be, and each of them acting alone hereby is, authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officers of the Company, or any one or more of them, approve as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by an Authorized Officer of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Officers of the Company are, and each of them acting alone hereby is, authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by any Authorized Officer or director of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

**[Signature Page Follows]**

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Company, have executed this Action by Unanimous Written Consent as of the date first written above.

Pethinaidu Veluchamy

Parameswari Veluchamy

Arun Veluchamy

Anu Veluchamy

Arun Veluchamy, on behalf of the Veluchamy
2009 Dynasty Trust

B 1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ, INC., | ) | Case No. 11-____  (___) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Joint Administration Requested |
| Debtors. | ) |  |
|  | ) |  |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") that have simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of July 31, 2011.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

| Name telephone number and complete mailing address including zip code of employee agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt bank loan government contract etc) | Indicate if claim is contingent unliquidated disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Plami S.A. De C.V.<br>Calzada de la Naranja No. 167 2do Piso<br>Fracc. Industrial Alce Blanco<br>Naucalpan, Estado de Mexico 53370<br>Mexico | Trade Debt | | $1,209,393.43 |
| Quad Graphics<br>N 63 W 23075 Main Street<br>Sussex, WI 53089 | Trade Debt | | $904,842.52 |
| Klockner Pentaplast<br>Receivables Funding LLC<br>Dept. 31901<br>P.O. Box 67000<br>Detroit, MI 48267-0319 | Trade Debt | | $449,345.83 |
| CFC International<br>500 State Street<br>Chicago Heights, IL 60411 | Trade Debt | | $332,189.29 |
| XPEDX<br>3568 Solutions Center<br>Chicago, IL 60677-3005 | Trade Debt | | $313,799.95 |
| Plami S.A. De C.V.<br>Calzada de la Naranja No. 167 2do Piso<br>Fracc. Industrial Alce Blanco<br>Naucalpan, Estado de Mexico 53370<br>Mexico | Trade Debt | | $245,673.87 |
| Multos Int'l Pte.<br>1 Phillip Street #03-01<br>Singapore, SG 48692 | Trade Debt | | $238,333.59 |
| Superior Staffing<br>3511 Lake Street<br>Melrose Park, IL 60160 | Professional Services | | $198,158.44 |
| Bradner Smith & Co.<br>2300 Arthur Avenue<br>Elk Grove Village, IL 60007 | Trade Debt | | $161,684.10 |
| Kurz Transfer Products<br>3200 Woodpark Blvd.<br>Charlotte, NC 28206 | Trade Debt | | $157,288.30 |
| Bell & Howell<br>7049 Solution Center<br>Chicago, IL 60677 | Trade Debt | | $150,546.94 |

B 1 (Official Form 1) (4/10)

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|
| Kurz Transfer Products<br>3200 Woodpark Blvd.<br>Charlotte, NC 28206 | Trade Debt | | $135,718.47 |
| Klockner Pentaplast<br>P.O. Box 79709<br>Baltimore, MD 21279-0709 | Trade Debt | | $133,868.54 |
| Dreamworks Graphic Communications Inc.<br>5555 Howard St.<br>Skokie, IL 60077 | Trade Debt | | $129,305.50 |
| RR Donnelley Receivables Inc.<br>P.O. Box 730440<br>Dallas, TX 75373-0440 | Trade Debt | | $114,193.50 |
| Mail Automation<br>28121 Scippo Creek<br>Circleville, OH 43113 | Trade Debt | | $90,000.00 |
| JDSU Uniphase Corporation<br>Bank of America, File # 005793, 5793, Collections Center Dr.<br>Chicago, IL 60693 | Trade Debt | | $87,883.42 |
| Datacard Corp.<br>36134 Treasury Center<br>Chicago, IL 60694-6400 | Trade Debt | | $81,155.59 |
| Protec<br>P.O. Box 795<br>Rumson, NJ 07760 | Trade Debt | | $77,532.53 |
| Gans Ink and Supply Co.<br>1441 Boyd St.<br>Los Angeles, CA 90033 | Trade Debt | | $77,328.64 |
| Midamerican Energy Company<br>P.O. Box 4350<br>Davenport, IA 52808-4350 | Trade Debt | | $74,845.82 |
| Spartech Plastics Inc.<br>120 South Central Ave., Suite 1700<br>Clayton, MO 63105 | Trade Debt | | $71,313.60 |
| Advance Mailing Service<br>1130 Carolina Drive, Unit A<br>West Chicago, IL 60185-0707 | Trade Debt | | $68,336.81 |

B 1 (Official Form 1) (4/10)

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| Lake County Press Inc.<br>98 Noll St.<br>P.O. Box 9209<br>Waukegan, IL 60079 | Trade Debt | | $64,306.02 |
| Silone HK Limited<br>Unit 150 1B, 15/F<br>Ginza Squar, 565-567 Nathan RD<br>Mongkok, Hong Kong | Trade Debt | | $63,979.01 |
| CFC International<br>4032 Payshere Circle<br>Chicago, IL 60674-4032 | Trade Debt | | $58,734.45 |
| Jet Litho, Inc.<br>1500 Centre Circle<br>Downers Grove, IL 60515 | Trade Debt | | $58,713.00 |
| Apollo Colours North America<br>2600 John Street, Unit 124<br>Markham, Ontario L3R 3W3 | Trade Debt | | $55,188.55 |
| Waytek Corp.<br>400 Shotwell Drive<br>Franklin, OH 45005 | Trade Debt | | $50,635.52 |
| R.R. Donnelley<br>P.O. Box 730440<br>Dallas, TX 75373-0440 | Trade Debt | | $39,089.91 |

B 1 (Official Form 1) (4/10)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF LLC CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Pursuant to 28 U.S.C. § 1746, I, Arun Veluchamy, a duly qualified Member, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  August 14, 2011

Arun Veluchamy
Member

B 1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AVADAMMA LLC, | ) | Case No. 11-_____ (___) |
|  | ) |  |
| Debtor. | ) | Joint Administration Pending |
|  | ) |  |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3) and 7007.1, the following is a list of the Debtor's equity security holders that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Veluchamy 2009 Dynasty Trust | 1213 Butterfield Road Downers Grove, IL 60515 | 49 percent |
| Arun Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 22.45 percent |
| Anu Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 22.45 percent |
| Pethinaidu Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 5.1 percent |
| Parameswari Veluchamy | 1213 Butterfield Road Downers Grove, IL 60515 | 1 percent |

## DECLARATION UNDER PENALTY OF PERJURY

I, Arun Veluchamy, the undersigned authorized officer of Avadamma LLC, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated:  August 14, 2011

_____
Arun Veluchamy
Member

B 1 (Official Form 1) (4/10)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVADAMMA LLC, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |
| | ) | |

### LIST OF CREDITORS

The Debtor and its debtor affiliates set forth as an attachment to the petition (collectively, the "*Debtors*") each filed a petition in this Court on August 14, 2011 for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their respective petitions, each of the Debtors filed a list of creditors. Due to the voluminous nature of the Debtors' creditor list, it is being submitted to the Court electronically.

[information provided in electronic format]

### DECLARATION UNDER PENALTY OF PERJURY

I, Arun Veluchamy, the undersigned authorized officer of Avadamma LLC, named as the Debtor in this case, declare under penalty of perjury that I have reviewed the creditor list submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 14, 2011

_____
Arun Veluchamy
Member

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUALTEQ, INC., d/b/a VCT NEW JERSEY, INC., | Case No. 11-12572 (___) |
| Debtor. | |
| In re: | Chapter 11 |
| 1400 CENTRE CIRCLE, LLC, | Case No. 11-12573 (___) |
| Debtor. | |
| In re: | Chapter 11 |
| 5200 THATCHER, LLC, | Case No. 11-12574 (___) |
| Debtor. | |
| In re: | Chapter 11 |
| 5300 KATRINE, LLC, | Case No. 11-12575 (___) |
| Debtor. | |
| In re: | Chapter 11 |
| AUTOMATED PRESORT, INC., | Case No. 11-12576 (___) |
| Debtor. | |
| In re: | Chapter 11 |
| AVADAMMA LLC, | Case No. 11-12577 (___) |
| Debtor. | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CREATIVE AUTOMATION COMPANY, | ) Case No. 11-12578 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| CREATIVE INVESTMENTS, A GENERAL PARTNERSHIP | ) Case No. 11-12579 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FULFILLMENT XCELLENCE, INC., | ) Case No. 11-12580 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GLOBAL CARD SERVICES, INC., | ) Case No. 11-12581 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| UNIQUE DATA SERVICES, INC., | ) Case No. 11-12582 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| UNIQUE EMBOSSING SERVICES, INC., | ) Case No. 11-12583 (___) |
| | ) |
| Debtor. | ) |

2

| | |
|---|---|
| In re: | Chapter 11 |
| UNIQUE MAILING SERVICES, INC., | Case No. 11-12584 (___) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSITY SUBSCRIPTION SERVICE, INC., | Case No. 11-12585 (___) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| VERSATILE CARD TECHNOLOGY, INC., | Case No. 11-12586 (___) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| VELUCHAMY, LLC, | Case No. 11-12587 (___) |
| Debtor. | |

| | |
|---|---|
| In re: | Chapter 11 |
| VMARK, INC., | Case No. 11-12588 (___) |
| Debtor. | |

## DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION OF THEIR RELATED CHAPTER 11 CASES PURSUANT TO FED. R BANKR. P. 1015(B) AND LOCAL RULE 1015-1

The above-captioned debtors and debtors in possession (collectively, the "*Debtors*")

hereby move this Court (the "*Motion*"), by and through their proposed undersigned counsel, for

entry of an order granting joint administration of their respective chapter 11 cases pursuant to

3

Rule 1015(B) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and Rule

1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

Court for the District of Delaware (the "*Local Rules*"). In support of this Motion, the Debtors

respectfully state as follows:[1]

## Jurisdiction

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this

proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are section 105(a) of title 11 of

the United States Code (the "*Bankruptcy Code*"), Rule 1015(b) of the Bankruptcy Rules, and

Rule 1015-1 of the Local Rules.

## Background

3.      On the date hereof (the "*Petition Date*"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code (the "*Chapter 11 Cases*"). The

Debtors are functioning as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

4.      Collectively, the Debtors operate one of the largest vertically-integrated direct

marketing businesses in North America, providing a full range of direct marketing services to

numerous Fortune 500 companies, major national banks, and other well-known customers. The

Debtors offer their customers a broad array of services – including database management and

---

[1]      The facts and circumstances supporting this Motion are set forth in the *Declaration of Arun Veluchamy,
Vice President of Qualteq, Inc., in Support of First Day Motions* (the "*First Day Declaration*"), filed
contemporaneously herewith.

4

customization, customized printing, mail sorting and shipping, and plastic card production and personalization – from multiple state-of-the-art facilities in Illinois, Iowa, and New Jersey.

5.      Although the Debtors' trade name of "Vmark" is relatively recent, the first of the Vmark companies – Creative Automation Company – was actually established in 1969. Almost all of the other Debtors were formed and grown by Vmark's founders since that time, although CAC and VCT-NJ were acquired as mature businesses in 1981 and 2003 respectively.

6.      Today, the Debtors operate from nine domestic facilities with over 1,000,000 square feet of production space. The Debtors' approximately 1,370 employees – none unionized – executed over six billion marketing messages for customers in the past year alone, making them one of the largest direct marketing solution providers in North America. The Vmark companies also collectively constitute one of the nation's largest privately-held, minority-owned businesses and one of the largest minority-certified suppliers in the United States – a certification that gives them a distinct advantage in marketing to major corporate clients.

7.      Although the Debtors have been historically profitable – generating a small operating profit on gross revenues of approximately $155 million in 2010 – in recent months the Debtors' businesses have been harmed by unrelated litigation and judgments against certain of the Debtors' shareholders. The Debtors' problems first arose in December of 2010 when Vasu and Jaganath Naidu (individual creditors of Debtor Vmark, Inc., who are owed approximately $1.23 million) and Rajiv Parthasarathy (an individual creditor of Debtor Versatile Card Technology, Inc. who is owed approximately $980,000) obtained judgments against Pethinaidu Veluchamy ("*Mr. Veluchamy*"), the Debtors' founder. Although unrelated to the Debtors, due to default provisions in certain of the Debtors' loan documents, millions of dollars in loans from numerous lenders – including BBH Financial Services (API), Key Equipment Finance (GCS),

5

Key Equipment Finance (VCT), Key Equipment Finance (UMS), TCF (VCT), TD Bank (VCT-NJ), Inland Bank (UMS), Pitney Bowes (UMS), Broadway Bank-MB Financial (Avadamma LLC), Harris Bank (Creative Investments), Skyland Bank (Veluchamy LLC), Western Springs National Bank (GCS), and Western Springs National Bank (API) – were suddenly in default. These defaults and associated cross-defaults (due to cross-default provisions in other loan facilities) have caused a ripple of effects, given that the Debtors collectively have at least 27 secured lenders (*see* chart in the First Day Declaration).

8.    Although the damage was already done when the Naidu judgments were entered, subsequent developments have only exacerbated these problems, as multiple other creditors have obtained multi-million dollar judgments against Mr. Veluchamy and/or his wife. Although once again wholly unrelated to the Debtors, the judgments have generated significant negative publicity. Accordingly, even beyond the numerous defaults under their lending facilities, the Debtors have been struggling to hold on to concerned customers, and competitors have been actively taking advantage of the Debtors' plight.

9.    Despite the cascade of defaults and negative publicity emanating from the judgments against Mr. and Mrs. Veluchamy, the Debtors have managed to maintain operations for several months. Unfortunately, however, the foregoing issues have resulted in serious concerns about the Debtors' continued ability to operate. This is particularly true given that the Debtors' businesses are seasonal, with the Debtors' greatest volumes of both sales of plastic cards (including retailer gift cards) and shipments of promotional materials arriving in the months leading up to the holidays. Right now, as the Debtors gear up for their busiest season, their cash needs (for example, to purchase raw materials and other inputs and to fund payroll and

other costs) are most acute. Any unexpected disruption in operations at this time would be devastating to the Debtors' ability to survive over the long term.

10.     The Debtors' concerns about their continued ability to operate during this critical part of the year have been heightened further by the fact that many customers have exhibited insecurity about the Debtors' stability in light of the litigation surrounding the Debtors' principals. This uncertainty has threatened key customer relationships, and competitors have been aggressively waging a negative campaign, suggesting to customers that the Debtors may be unable to service their orders during the critical holiday season. The Debtors vitally need stability and a way to assure customers that the high level of service they have always received from the Debtors will not be disrupted.

11.     In light of these circumstances, and to best exercise their fiduciary duties, the Debtors retained Dan Scouler and Scouler & Company as an independent Chief Restructuring Officer, and after a thorough review of their options, have initiated the instant bankruptcy proceeding to restructure their debts and maximize value. The Debtors determined that a proactive chapter 11 bankruptcy filing presented the best and most efficient forum for globally resolving their financial issues, restoring the confidence of customers and suppliers, and generally maximizing value for all stakeholders.

## Relief Requested

12.     In order to optimally and economically administer the Debtors' pending Chapter 11 Cases, such cases should be jointly administered, for procedural purposes only, under the case number assigned to Qualteq, Inc. (Case No. 11-12572). Pursuant to Bankruptcy Rule 1015(b), "(i)f . . . two or more petitions are pending in the same court by or against . . . (4) a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b);

7

*see also* Local Rule 1015-1.  The Debtors are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code.  Accordingly, this Court is authorized to grant the relief requested herein.

13.    Many of the motions, hearings, and orders that will arise in the Chapter 11 Cases will jointly affect each Debtor.  By jointly administering the Chapter 11 Cases, the Debtors will be able to reduce fees and costs resulting from the administration of the Chapter 11 Cases and ease the onerous administrative burden of having to file multiple and duplicative documents.

14.    Further, the rights of the Debtors' respective creditors will not be adversely affected by the joint administration of the Chapter 11 Cases because this Motion requests only administrative, not substantive, consolidation of the estates.  As a result of the relief requested herein, all of the Debtors' creditors will benefit from the reduced costs of such joint administration.  This Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files.  Finally, supervision of the administrative aspects of the Chapter 11 Cases by the United States Trustee will be simplified.

15.    Based on the foregoing, the joint administration of the Chapter 11 Cases is in the best interests of the Debtors, their creditors and equity security holders, and all parties in interest.  Accordingly, the Debtors request that the caption of the Chapter 11 Cases be modified to reflect the joint administration of such cases, as follows:

8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 11-12572 (___) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

16.     The Debtors also request that a docket entry be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600), Case No. 11-12572 (___); 1400 Centre Circle, LLC, Case No. 11-12573 (___); 5200 Thatcher, LLC, Case No. 11-12574 (___); 5300 Katrine, LLC, Case No. 11-12575 (___); Automated Presort, Inc., Case No. 11-12576 (___); Avadamma LLC, Case No. 11-12577 (___); Creative Automation Company, Case No. 11-12578 (___); Creative Investments, a General Partnership, Case No. 11-12579 (___); Fulfillment Xcellence, Inc., Case No. 11-12580 (___); Global Card Services, Inc. Case No. 11-12581 (___); Unique Data Services, Inc., Case No. 11-12582 (___); Unique Embossing Services, Inc., Case No. 11-12583 (___); Unique Mailing Services, Inc. Case No. 11-12584 (___); University Subscription Service, Inc., Case No. 11-12585 (___); VCT, Inc., Case No. 11-12586 (___); Veluchamy LLC, Case No. 11-12587 (___); Vmark, Inc., Case No. 11-12588 (___). The docket in Case No. 11-12572 (___) should be consulted for all matters affecting the above listed cases.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are:  (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

WM1A 1007879v1 08/14/11

17.     Finally, the Debtors request that the Court enter an order that any creditor filing a proof of claim against any of the Debtors or their respective estates shall file such proof of claim in the particular bankruptcy case of the Debtor against whom such claim is asserted, and not in the jointly-administered case.

18.     Joint administration is generally non-controversial, and courts in this jurisdiction and others routinely order joint administration in multiple related cases. *See, e.g., In re Universal Building Products, Inc., et al.*, No. 10-12453 (MFW) (Bankr. D. Del. 2010); *In re U.S. Concrete, Inc.*, No. 10-11407 (PJW) (Bankr. D. Del. 2010); *In re Stallion Oilfield Services Ltd.*, No. 09-13562 (BLS) (Bankr. D. Del. Oct. 20, 2009); *In re Visteon Corp.*, No. 09-11786 (CSS) (Bankr. D. Del. May 29, 2009); *In re Masonite Corp.*, Case No. 09-10844 (PJW) (Bankr. D. Del. Mar. 17, 2009); *In re Muzak Holdings, LLC*, No. 09-10422 (KJC) (Bankr. D. Del. Feb. 12, 2009); *In Portola Packaging, Inc.*, No. 08-12001 (CSS) (Bankr. D. Del. Aug. 29, 2008).

### Notice

19.     Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) the secured lenders with security interests in the Debtors' cash, (c) the Debtors' largest thirty (30) unsecured creditors on a consolidated basis, as identified in their chapter 11 petitions, (d) the Office of the United States Attorney for the District of Delaware, and (e) the Internal Revenue Service. In light of the nature of the relief requested, the Debtors submit that no further notice is required.

### No Prior Request

20.     No prior motion for the relief requested herein has been made to this or any other court.

WM1A 1007879v1 08/14/11

WHEREFORE, the Debtors respectfully request the entry of an order: (a) authorizing the joint administration of the Chapter 11 Cases under the case number assigned to Qualteq, Inc., d/b/a VCT New Jersey, Inc.; (b) requiring that any creditor filing a proof of claim against any of the Debtors or their respective estates shall file such proof of claim in the particular bankruptcy case of the Debtor against whom such claim is asserted; and (c) granting such other and further relief as the Court deems appropriate.

Dated:  August 14, 2011

K&L GATES LLP
Harley J. Goldstein
Sven T. Nylen
Matthew E. McClintock
Jeffrey M. Heller
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Telephone: (312) 372-1121
Facsimile:  (312) 827-8000

-and-

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (DE Bar No. 3047)
Eric M. Sutty (DE Bar No) 4007)
John H. Strock (DE Bar No. 4965)
L. John Bird (DE Bar No. 5310)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, Delaware  19801
Telephone: (302) 654-7444
Facsimile:  (302) 656-8920

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 11-12572 (___) |
| d/b/a VCT NEW JERSEY, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 1400 CENTRE CIRCLE, LLC, | ) | Case No. 11-12573 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5200 THATCHER, LLC, | ) | Case No. 11-12574 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5300 KATRINE, LLC, | ) | Case No. 11-12575 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUTOMATED PRESORT, INC., | ) | Case No. 11-12576 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVADAMMA LLC, | ) | Case No. 11-12577 (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CREATIVE AUTOMATION COMPANY, | ) Case No. 11-12578 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| CREATIVE INVESTMENTS, A GENERAL PARTNERSHIP | ) Case No. 11-12579 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FULFILLMENT XCELLENCE, INC., | ) Case No. 11-12580 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GLOBAL CARD SERVICES, INC., | ) Case No. 11-12581 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| UNIQUE DATA SERVICES, INC., | ) Case No. 11-12582 (___) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| UNIQUE EMBOSSING SERVICES, INC., | ) Case No. 11-12583 (___) |
| | ) |
| Debtor. | ) |

2

|  |  |
|---|---|
| In re: | Chapter 11 |
| UNIQUE MAILING SERVICES, INC., | Case No. 11-12584 (___) |
| Debtor. | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| UNIVERSITY SUBSCRIPTION SERVICE, INC., | Case No. 11-12585 (___) |
| Debtor. | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| VERSATILE CARD TECHNOLOGY, INC., | Case No. 11-12586 (___) |
| Debtor. | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| VELUCHAMY, LLC, | Case No. 11-12587 (___) |
| Debtor. | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| VMARK, INC., | Case No. 11-12588 (___) |
| Debtor. | |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "*Motion*")[1] of the Debtors for entry of an order directing the joint

administration of the Chapter 11 Cases; it appearing that the relief requested herein is in the best

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

3

interests of the Debtors' estates, their creditors, and other parties in interest; it appearing that this

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that

this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of

this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of this

Motion and opportunity for a hearing on this Motion was appropriate under the particular

circumstances, and that no other or further notice need be given; and after due deliberation and

sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtors' respective captioned and numbered cases are

consolidated, for procedural purposes only, and shall be jointly administered by the Court under

Case No. 11-12572 (___) in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware; and it is further

4

ORDERED that the caption of the jointly administered cases is to read as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUALTEQ, INC.,<br>d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | Case No. 11-12572 (___) |
| Debtors. | Jointly Administered |

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned

cases substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600), Case No. 11-12572 (___); 1400 Centre Circle, LLC, Case No. 11-12573 (___); 5200 Thatcher, LLC, Case No. 11-12574 (___); 5300 Katrine, LLC, Case No. 11-12575 (___); Automated Presort, Inc., Case No. 11-12576 (___); Avadamma LLC, Case No. 11-12577 (___); Creative Automation Company, Case No. 11-12578 (___); Creative Investments, a General Partnership, Case No. 11-12579 (___); Fulfillment Xcellence, Inc., Case No. 11-12580 (___); Global Card Services, Inc. Case No. 11-12581 (___); Unique Data Services, Inc., Case No. 11-12582 (___); Unique Embossing Services, Inc., Case No. 11-12583 (___); Unique Mailing Services, Inc. Case No. 11-12584 (___); University Subscription Service, Inc., Case No. 11-12585 (___); VCT, Inc., Case No. 11-12586 (___); Veluchamy LLC, Case No. 11-12587 (___); Vmark, Inc., Case No. 11-12588 (___).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

WM1A 1007879v1 08/14/11

The docket in Case No. 11-12572 (___) should be consulted for all matters affecting the above listed cases.

and it is further

ORDERED that a creditor filing a proof of claim against any of the Debtors shall file said proof of claim in the particular Debtor's bankruptcy case and not in the jointly administered case; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____, 2011

_____
United States Bankruptcy Judge

6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

ORIGINAL

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUALTEQ, INC., | ) | Case No. 11-12572 (KJC) |
| d/b/a VCT NEW JERSEY, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 1400 CENTRE CIRCLE, LLC, | ) | Case No. 11-12573 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5200 THATCHER, LLC, | ) | Case No. 11-12574 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5300 KATRINE, LLC, | ) | Case No. 11-12575 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUTOMATED PRESORT, INC., | ) | Case No. 11-12576 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AVADAMMA LLC, | ) | Case No. 11-12577 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CREATIVE AUTOMATION COMPANY, | ) Case No. 11-12578 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| CREATIVE INVESTMENTS, | ) Case No. 11-12579 (KJC) |
| A GENERAL PARTNERSHIP | ) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| FULFILLMENT XCELLENCE, INC., | ) Case No. 11-12580 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GLOBAL CARD SERVICES, INC., | ) Case No. 11-12581 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| UNIQUE DATA SERVICES, INC., | ) Case No. 11-12582 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| UNIQUE EMBOSSING SERVICES, INC., | ) Case No. 11-12583 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |

2

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UNIQUE MAILING SERVICES, INC., | ) Case No. 11-12584 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| UNIVERSITY SUBSCRIPTION SERVICE, INC., | ) Case No. 11-12585 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| VERSATILE CARD TECHNOLOGY, INC., | ) Case No. 11-12586 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| VELUCHAMY, LLC, | ) Case No. 11-12587 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| VMARK, INC., | ) Case No. 11-12588 (KJC) |
| | ) |
| Debtor. | ) |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "*Motion*")[1] of the Debtors for entry of an order directing the joint

administration of the Chapter 11 Cases; it appearing that the relief requested herein is in the best

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

3

interests of the Debtors' estates, their creditors, and other parties in interest; it appearing that this

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that

this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of

this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of this

Motion and opportunity for a hearing on this Motion was appropriate under the particular

circumstances, and that no other or further notice need be given; and after due deliberation and

sufficient cause appearing therefor, it is hereby:

      ORDERED that the Motion is granted in its entirety; and it is further

      ORDERED that the Debtors' respective captioned and numbered cases are

consolidated, for procedural purposes only, and shall be jointly administered by the Court under

Case No. 11-12572 (KJC) in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware; and it is further

WM1A 1007879v1 08/14/11

ORDERED that the caption of the jointly administered cases is to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QUALTEQ, INC., | ) | Case No. 11-12572 (KJC) |
| d/b/a VCT NEW JERSEY, INC., *et al.*,[1] | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned

cases substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600), Case No. 11-12572 (KJC); 1400 Centre Circle, LLC, Case No. 11-12573 (KJC); 5200 Thatcher, LLC, Case No. 11-12574 (KJC); 5300 Katrine, LLC, Case No. 11-12575 (KJC); Automated Presort, Inc., Case No. 11-12576 (KJC); Avadamma LLC, Case No. 11-12577 (KJC); Creative Automation Company, Case No. 11-12578 (KJC); Creative Investments, a General Partnership, Case No. 11-12579 (KJC); Fulfillment Xcellence, Inc., Case No. 11-12580 (KJC); Global Card Services, Inc. Case No. 11-12581 (KJC); Unique Data Services, Inc., Case No. 11-12582 (KJC); Unique Embossing Services, Inc., Case No. 11-12583 (KJC); Unique Mailing Services, Inc. Case No. 11-12584 (KJC); University Subscription Service, Inc., Case No. 11-12585 (KJC); VCT, Inc., Case No. 11-12586 (KJC); Veluchamy LLC, Case No. 11-12587 (KJC); Vmark, Inc., Case No. 11-12588

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are:  (i) Qualteq, Inc., d/b/a VCT New Jersey, Inc. (4600); (ii) 1400 Centre Circle, LLC (7091); (iii) 5200 Thatcher, LLC (6991); (iv) 5300 Katrine, LLC (6016); (v) Automated Presort, Inc. (0850); (vi) Avadamma LLC (4775; 4800; 4810; 4829); (vii) Creative Automation Company (4350); (viii) Creative Investments, a General Partnership (5992); (ix) Fulfillment Xcellence, Inc. (3461); (x) Global Card Services, Inc. (4581); (xi) Unique Data Services, Inc. (1068); (xii) Unique Embossing Services, Inc. (1043); (xiii) Unique Mailing Services, Inc. (2594); (xiv) University Subscription Service, Inc. (3669); (xv) Versatile Card Technology, Inc. (5258); (xvi) Veluchamy LLC (3434); and (xvii) Vmark, Inc. (5904).

5

(KJC). The docket in Case No. 11-12572 (KJC) should be consulted for all matters affecting the above listed cases.

and it is further

ORDERED that a creditor filing a proof of claim against any of the Debtors shall file said proof of claim in the particular Debtor's bankruptcy case and not in the jointly administered case; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _Aug 16_, 2011

_____
United States Bankruptcy Judge

6

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE
824 Market Street
Wilmington, DE 19801
(302) 252-2900

USBC Northern District of Illinois

Date: 2/17/12

219 South Dearborn Street

Chicago, IL 60604

Re:   Case No and Name: 11-12572, Qualteq, Inc.

Dear Sir/Madam:

Enclosed please find a certified copy of the Docket and Order

dated: February 16, 2012 _____ transferring the enclosed case to the

U.S.B.C. for the Northern District of Illinois _____ Court.   Documents were
electronically filed and can be viewed through the Courts' CM/ECF link at ecf.deb.uscourts.gov.

Kindly acknowledge receipt of this document.

Sincerely,

By: __Sherry J. Stiles_____     __David D. Bird_____
Deputy Clerk                          Clerk of Court

Approved
By: _____
Supervisor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, _____, hereby acknowledge receipt of the above Record
on Transferring of case this_____day of_____, 20___.

_____          _____
Deputy Clerk                            Supervisor