UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| QUALTEQ, INC., ) | Chapter 11 |
| d/b/a VCT NEW JERSEY, INC., et al.,[1] ) | (Jointly Administered) |
| ) | Case No. 12 B 05861 |
| ) | Judge Donald R. Cassling |
| Debtors. ) | |

## ORDER

Judge Donald R. Cassling hereby recuses himself from hearing the above-captioned bankruptcy cases.

**IT IS THEREFORE ORDERED** that these bankruptcy cases be transferred to Chief Judge Bruce W. Black for reassignment.

E N T E R E D:

Dated: **February 23, 2012**

*Donald R. Cassling*
Donald R. Cassling
United States Bankruptcy Judge

---

[1] The Debtors in these jointly administered chapter 11 cases are: 1400 Centre Circle, LLC, 12 B 05868; 5200 Thatcher, LLC, 12 B 05869; 5300 Katrine, LLC, 12 B 05870; Automated Presort, Inc., 12 B 05871; Creative Automation Company, 12 B 05874; Avadamma, LLC, 12 B 05879; Creative Investments, a General Partnership, 12 B 05882; Fulfillment Xcellence, Inc., 12 B 05884; Global Card Services, Inc., 12 B 05889; Unique Data Services, Inc., 12 B 05894; Unique Embossing Services, Inc., 12 B 05896; Unique Mailing Services, Inc., 12 B 05899; University Subscription Services, Inc., 12 B 05902; Versatile Card Technology, Inc., 12 B 05904; Veluchamy, LLC, 12 B 05906; Vmark, Inc., 12 B 05907; Anar Real Estate, LLC, 12 B 05909.