#001

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| QUALTEQ INC | ) | Case No. 12 B 05861 |
| | ) | |
| DEBTOR | ) | Chapter 11 |
| | ) | |

### REASSIGNMENT ORDER

Based on the fact that the above-captioned bankruptcy case is currently pending before Bankruptcy Judge Donald R. Cassling and Judge Cassling wishes to recuse himself from hearing the above-captioned bankruptcy case, due to a conflict of interest.

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned bankruptcy and all related proceedings to Judge Eugene R. Wedoff in accordance with the Rules of the United States Bankruptcy Court for the Northern District of Illinois and pertinent general orders.

**ENTERED:**

*Bruce W. Black*
BRUCE W. BLACK
Chief Bankruptcy Judge

Dated: February 23, 2012