12-05879 / 11-12577
Avadamma LLC

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 32 | Pending | Avadamma LLC (11-12577) | $500.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 75 | Pending | Avadamma LLC (12-05879) | $794.50 | Goods sold | 10/14/2011 | Unsecured | McMaster-Carr Supply Company PO Box 5370, Princeton, NJ 08453 |
| 142 | Pending | Avadamma LLC (11-12577) | $3,358.11 | Utilities provided | 12/7/2011 | Unsecured | Village of Villa Park c/o Tressler LLC, Mark Conzelmann, Esq., 233 S. Wacker Dr., 22nd fl., Chicago, IL 60606 |
| 142 | Pending | Avadamma LLC (11-12577) | $3,358.11 | Utilities provided | 12/7/2011 | Unsecured | Village of Villa Park c/o Tressler LLC, Mark Conzelmann, Esq., 233 S. Wacker Dr., 22nd fl., Chicago, IL 60606 |
| 149 | Pending | Avadamma LLC (11-12577) | Not less than $34,049.44 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 159 | Disallowed | Avadamma LLC (11-12577) | $45,820.14 | Contract termination charges | 12/15/2011 | Unsecured | ADT Security Services Inc. 14200 E Exposition Avenue, Aurora, CO 80012 |
| 201 | Allowed | Avadamma LLC (12-05879) | $4,030.00 | Labor, materials | 1/19/2012 | Unsecured | Signco Inc. 1327 N. 31st Avenue, Melrose Park, IL 60160 |
| 222 | Disallowed | Avadamma LLC (11-12577) | $58,482.33 | goods sold - invoice 151624 7-31-11 | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 222 | Disallowed | Avadamma LLC (11-12577) | $57,595.43 | goods sold - invoice 151624 7-31-11 | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 222 | Disallowed | Avadamma LLC (11-12577) | $57,595.43 | goods sold - invoice 151624 7-31-11 | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 263 | Allowed | Avadamma LLC (12-05879) | $4,380.00 | Goods sold | 2/4/2012 | Unsecured | VILLA PARK ELECTRICAL SUPPLY CO.INC 420 W.NORTH AVENUE, Addison, IL 60101 |
| 283 | Allowed | Avadamma LLC (12-05879) | $2,461.00 | Service performed | 2/12/2012 | Unsecured | Waste Management 2625 W. Grandview Rd. Ste. 150, Phoenix, AZ 85023 |
| 314 | Pending | Avadamma LLC (12-05879) | $4,498.63 | Goods sold-water service | 2/22/2012 | Unsecured | Village of Downers Grove 801 Burlington Avenue, Downers Grove, IL 60515 |
| 336 | Allowed | Avadamma LLC (11-12577) | $26,798.08 | Labor performed and materials provided | 3/6/2012 | Unsecured | MVP FIRE PROTECTION SYSTEMS 16524 Kilbourne Ave, Oak Forest, IL 60452 |
| 336 | Allowed | Avadamma LLC (11-12577) | $26,798.08 | Labor performed and materials provided | 3/6/2012 | Secured | MVP FIRE PROTECTION SYSTEMS 16524 Kilbourne Ave, Oak Forest, IL 60452 |
| 389 | Pending | Avadamma LLC (12-05879) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 421 | Pending | Avadamma LLC (12-05879) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 421 | Pending | Avadamma LLC (12-05879) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 436 | Withdrawn | Avadamma LLC (12-05879) | $9,940.00 | Tax preparation | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 451 | Pending | Avadamma LLC (12-05879) | $35,412,263.29 | Loans: See Addendum | 3/9/2012 | Unsecured | MB Financial Bank NA (Dean Avdalas) 6111 N. River Rd., Rosemont, IL 60018-5111 |
| 451 | Pending | Avadamma LLC (12-05879) | Unknown | Loans: See Addendum | 3/9/2012 | Unsecured | MB Financial Bank NA (Dean Avdalas) 6111 N. River Rd., Rosemont, IL 60018-5111 |
| 451 | Pending | Avadamma LLC (12-05879) | Unknown | Loans: See Addendum | 3/9/2012 | Secured | MB Financial Bank NA (Dean Avdalas) 6111 N. River Rd., Rosemont, IL 60018-5111 |
| 466 | Allowed | Avadamma LLC (12-05879) | $30,000.00 | Security deposit for leased space. | 3/15/2012 | Unsecured | Tropix, Inc. PO Box 4062, Wheaton, IL 60189 |
| 500 | Withdrawn | Avadamma LLC (12-05879) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 500 | Withdrawn | Avadamma LLC (12-05879) | Unknown | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 502 | Withdrawn | Avadamma LLC (12-05879) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 521 | Pending | Avadamma LLC (12-05879) | $10,386,763.00 | Rejection of Lease and Subsequent Sale of Land & Property | 5/17/2013 | Unsecured | White Castle Systems, Inc. 555 West Goodale Street, Attn: Nicholas W. Zuk, Real Estate Department, Columbus, OH 43215 |
| 522 | Pending | Avadamma LLC (11-12577) | $3,198,084.21 | damages during lease period and terminated lease upon sale | 5/17/2013 | Unsecured | Johnson Legal Group LLC (Buyers Showcase Intâ€™l Inc. dba 5 Star Fiesta SwapMarket, Cindy M. Johnson Esq.) 39 S. LaSalle St., Ste. 820, New York Life Ins. Bldg., Chicago, IL 60603-1616 |
| 529 | Pending | Avadamma LLC (12-05879) | $1,250,000.00 | Cost of acquisition $550K, breach of lease $700K lost revenue | 5/20/2013 | Unsecured | JN Pizza Inc. d/b/a Roundheads Pizza and Pub c/o John Michael Drews Esq., Drews & Associates PC, 700 Commerce Dr., Ste. 500, Oak Brook, IL 60523-8736 |
| 530 | Allowed | Avadamma LLC (11-12577) | $6,076.00 | See attached - for services rendered for the University Plaza Lease to USRC Oak Brook | 5/29/2013 | Unsecured Priority | Vedder Price PC (Daniel C. McKay II Esq.) 222 N. LaSalle St., Ste. 2600, Builders Bldg., Wacker Plz., Chicago, IL 60601-1104 |
| AC122-1 | Allowed | Avadamma LLC (11-12577) | $2,627.76 | See attached | 12/5/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| AC32-1 | Pending | Avadamma LLC (11-12577) | $0.00 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| AC522-1 | Pending | Avadamma LLC (12-05879) | $3,198,084.21 | damages during lease period and terminated lease upon sale | 7/5/2013 | Unsecured | Buyers Showcase Intâ€™l Inc. dba 5 Star Fiesta SwapMarket (Keith F. Neill, Julia K. Neill) 2106 N. Magnolia Ave., Chicago, IL 60614-4012 |